

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00078-CV

**RIVER CITY CARE CENTER, INC.** d/b/a River City Care Center,
Appellant

v.

Betty **TAYLOR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15814
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to October 16, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court